# Exhibit B



RC Global Investments Limited, 279 River Valley Road, 05-11, Singapore 238320
www.rcglobal-investments.com

### Monthly Statement for June 30, 2020

#### Account Information

| | |
|---|---|
| Name | Deltec Bank & Trust Limited |
| Account | SUB-Account – RCGI388USD |
| Account Type | Corporate |
| Customer Type | Corporate |
| Account Capabilities | Portfolio Margin |
| Trading Permissions | Stocks,Options,Warrants,Forex,Futures,Futures Options |
| Base Currency | USD |

#### Net Asset Value (NAV) In Base Currency

| | Current Period | | | Prior Period | | |
|---|---|---|---|---|---|---|
| | Total | Long | Short | Total | Long | Short |
| Total Equity | $7,263,514.90 | $7,263,514.90 | $0.00 | $6,850,709.44 | $6,850,709.44 | – |
| Interest Accruals | – | – | – | – | – | – |
| Total | $7,263,514.90 | $7,263,514.90 | $0.00 | $6,850,709.44 | $6,850,709.44 | – |

#### Cash Report

| | Total | Securities | Futures | USD | Reserves |
|---|---|---|---|---|---|
| SUMMARY | | | | | |
| Starting Cash | $6,850,709.44 | – | – | $6,850,709.44 | |
| Commissions | | | | | |
| ***Interactive Brokers Inc. | ($6,457.95) | | | ($6,457.95) | |
| Deposits | $0.00 | – | – | $0.00 | |
| Internal Transfers | – | – | – | – | |
| Realized Gain/(Loss) | $419,263.42 | – | – | $419,263.42 | |
| Redemptions | – | – | – | – | |
| Broker Interest Paid/Received | $0.00 | | | $0.00 | |
| Ending Cash | $7,263,514.90 | – | – | $7,263,514.90 | |
| Ending Settled Cash | $7,263,514.90 | – | – | $7,263,514.90 | |
| | | | | – | |
| Open Positions Mark to Market | $0.00 | – | – | $0.00 | |
| | | | | – | |
| Total Account Equity | $7,263,514.90 | – | – | $7,263,514.90 | |
| TOTAL FREE EQUITY | $7,263,514.90 | | | $7,263,514.90 | |

Unsettled Options Carry Forward

#### Open Swap Positions

| Symbol | Open | Quantity | Mult | Cost Price | Close Price | Unrealized P/L |
|---|---|---|---|---|---|---|
| . | | | | | | |
| Total in USD | | | | | | $0.00 |
| Total Futures in USD | | | | | | $0.00 |

Privacy and Security   |   Terms of Use   |   Hyperlink Policy
© Copyright. RC Global Investments Limited 2020

CONFIDENTIAL - Do Not Distribute